IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02225-PAB-BNB

SANDI WATERMANN and
ROSS WATERMANN,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION and
TK HOLDINGS, INC.,

    Defendants.

_____

**ORDER OF DISMISSAL OF TK HOLDINGS, INC. WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the parties' Stipulation for Dismissal with Prejudice (Docket No. 47). The Court has reviewed the stipulation and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted by plaintiffs Sandi Watermann and Ross Watermann against defendant TK Holdings, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 2, 2008.

                                                BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge