IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02225-PAB-BNB

SANDI WATERMANN and
ROSS WATERMANN,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION,

    Defendant.
_____

**ORDER OF DISMISSAL OF DEFENDANT GENERAL MOTORS
CORPORATION WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the parties' Stipulated Motion Dismiss with Prejudice [Docket No. 52]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion to Dismiss with Prejudice (Docket No. 52) is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted by plaintiffs against defendant General Motors Corporation are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED December 22, 2008.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge